| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| Debtor 1  Jennifer C. Pauling | | |
| Debtor 2  Joseph C. Pauling<br>(Spouse, if filing) | | |
| United States Bankruptcy Court for the:  NORTHERN | District of  ILLINOIS | |
| | (State) | |
| Case number  21-09470 | | |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | LAKEVIEW LOAN SERVICING, LLC | Court claim no. (if known) | 13-1 |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX2444 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 9/13/2021, | (5) | $ 700.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses.  Specify: _____ | | (10) | $ 0.00 |
| 11. | Other.  Specify:  Initial Plan Review | 8/18/2021 | (11) | $ $125.00 |
| 12. | Other.  Specify:  Final Review and Analysis of Schedules, Plan, Docket, Loan Docs | 8/30/2021 | (12) | $ $125.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Jennifer C. Pauling | | Case number (*if known*) | 21-09470 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | /s/Maria  Tsagaris | | Date | 9/29/2021 11:31:48 AM |
|---|---|---|---|---|---|
| | | Signature | | | |
| Print: | | Maria | Tsagaris | Title | Authorized Agent |
| | | First Name        Middle Name | Last Name | | |
| Company | | McCalla Raymer Leibert Pierce, LLC | | | |
| Address | | 1544 Old Alabama Road | | | |
| | | Number       Street | | | |
| | | Roswell | GA        30076 | | |
| | | City | State     ZIP Code | | |
| Contact phone | | 678-281-6532 | Email | Maria.Tsagaris@mccalla.com | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**In re:** )
) **Case No.** 21-09470
Jennifer C. Pauling ) **Chapter** 13
Joseph C. Pauling )
) **JUDGE:** JANET S. BAER

## EXHIBIT B

ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Bankruptcy/Proof of Claim Fees | | | $700.00 |
| 09/13/2021 | Preparation and Filing of Proof of Claim | $700.00 | |
| Other | | | $125.00 |
| 08/18/2021 | Initial Plan Review | $125.00 | |
| Other | | | $125.00 |
| 08/30/2021 | Final Review and Analysis of Schedules, Plan, Docket, Loan Docs | $125.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:     **$950.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re: Jennifer C. Pauling  
      Joseph C. Pauling

Bankruptcy Case No.: 21-09470  
Chapter: 13  

Judge: Janet S. Baer

## CERTIFICATE OF SERVICE

I, Maria Tsagaris, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age.

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jennifer C. Pauling  
463 Thunderbird Trail  
Carol Stream, IL 60188

Joseph C. Pauling  
463 Thunderbird Trail  
Carol Stream, IL 60188

David M Siegel  *(served via ECF Notification)*  
David M. Siegel & Associates  
790 Chaddick Drive  
Wheeling, IL 60090

Glenn B Stearns  *(served via ECF Notification)*  
801 Warrenville Road Suite 650  
Lisle, IL 60532

U.S. Trustee  *(served via ECF Notification)*  
Patrick S Layng  
Office of the U.S. Trustee, Region 11  
219 S Dearborn St  
Room 873  
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 10/1/2021    By: /s/Maria Tsagaris  
       (date)               Maria Tsagaris  
                               Authorized Agent for Lakeview Loan Servicing, LLC